**Leticia Ramirez CUELLAR, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–76509.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2006.*

Filed Feb. 24, 2006.

Leticia Ramirez Cuellar, Compton, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Oil, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam)

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

(stating standard). Accordingly, this petition for review is denied. *See* 8 U.S.C. § 1229b(1)(B); *Lopez–Umanzor v. Gonzales,* 405 F.3d 1049, 1053 n. 3 (9th Cir. 2005) (noting that presentation of false testimony precludes a finding of good moral character for purposes of cancellation eligibility).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.